

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00064-CV

_____

IN RE: RICHARD KING, JR.

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Richard King, Jr., has filed a petition for writ of mandamus, asking this Court to find that the denial of his motion to recuse Judge Jim Lovett was an abuse of discretion on the part of the appointed judge who heard the motion, and to order Judge Lovett recused from the case.

We grant the extraordinary relief of mandamus only when the relator adequately shows this Court that the trial court clearly abused its discretion and the relator lacks an adequate appellate remedy. *In re Team Rocket, L.P.*, No. 06-0414, 2008 Tex. LEXIS 501 (Tex. May 23, 2008) (orig. proceeding).

Both the Texas Supreme Court and the Texas Court of Criminal Appeals have held that mandamus is not available for the denial of a motion to recuse. *In re McKee*, 248 S.W.3d 164 (Tex. 2007) (orig. proceeding); *De Leon v. Aguilar*, 127 S.W.3d 1, 6 (Tex. Crim. App. 2004) (orig. proceeding); *see* TEX. R. CIV. P. 18a(f) ("If the [recusal] motion is denied, it may be reviewed for abuse of discretion on appeal from the final judgment.").[1]

---

[1]A court of appeals should not grant mandamus relief to the complaining party on a recusal motion under TEX. R. CIV. P. 18a because the party has an adequate remedy at law by way of an appeal from the final judgment. *In re Union Pac. Res. Co.*, 969 S.W.2d 427 (Tex. 1998).

We deny the petition.


                                        Jack Carter
                                        Justice

Date Submitted:      June 26, 2008
Date Decided:        June 27, 2008